Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168:  email: taibiandassociates@gmail.com

Attorney for Plaintiff LAWRENCE GAY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GAY, | Case No. 3:21-cv-00279-W-BGS |
| Plaintiff, | JOINT MOTION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(II); & ORDER THEREON. |
| vs. | |
| APRO LLC dba UNITED PACIFIC 18, et al. | |
| Defendants. | |

### MOTION

The Plaintiff, Lawrence Gay and Defendants, Apro LLC dba United Pacific 18 and Realty Income Properties 23, LLC, hereby apply that this action may be dismissed with prejudice as to all parties, named and unnamed, and each party shall bear the fees and costs of their own attorney.

The dismissal is made pursuant to F.R. Civ. P. 41(a)(1)(ii).

1

1  Dated: August 10, 2021              /s/ Michael a. Taibi, Esq.
                                       MICHAEL A. TAIBI, ESQ
2                                      Attorney for Plaintiff
                                       LAWRENCE GAY
3

4
   Dated:  August 10, 2021             /a/ Tina I. Mangarpan, Esq.
5                                      Tina I. Mangarpan, Esq.
                                       Attorney for the Defendants
6                                      APRO LLC dba UNITED PACIFIC 18
                                       REALTY INCOME PROPERTIES, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Tina I. Mangarpan, Esq., counsel for Apro LLC dba United Pacific 18 and Realty Income Properties 23, LLC. I have obtained authorization from the afore-referenced attorney to affix each of her electronic signature to this document.

Dated: August 10, 2021

/s/ Michael A. Taibi, Esq.
/s/ Michael A. Taibi, Esq.
Attorney for the Plaintiff
LAWRENCE GAY

CERTIFICATE OF SERVICE
3:21-cv-00279-W-BGS

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 10th day of August 2021, to all parties of record:

JOINT MOTION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii).

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of August 2021, at San Diego, California.

/s/. Michael A. Taibi
Michael A Taibi