|   |   |
|---|---|
| 1 |   |
| 2 |   |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| LAWRENCE GAY, | Case No.: 21-CV-0279 W (BGS) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 18]** |
| v. |   |
| APRO LLC dba UNITED PACIFIC 18, et al., |   |
| Defendants. |   |

Pending before the Court is a joint motion to dismiss with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 18] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: August 10, 2021

Hon. Thomas J. Whelan
United States District Judge